# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE F. TIELLE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2417 |
| v. | : | JUDGE MANNION |
| **THE NUTRITION GROUP d/b/a NUTRITION, INC.,** | : | |
| | : | |
| Defendant | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant TNG's motion for summary judgment, **(Doc. 19)**, is **GRANTED** with respect to the plaintiff's disability discrimination claims, retaliation claims, and failure to accommodate claims under the ADAAA and the PHRA in her amended complaint, **(Doc. 14)**;

**(2)** Judgment is entered in favor of defendant TNG and against the plaintiff regarding her disability discrimination claims, her retaliation claims, and her failure to accommodate claims under the ADAAA and the PHRA in her amended complaint;

**(3)** The plaintiff's motion for partial summary judgment, **(Doc. 16)**, is **DENIED** with respect to her disability discrimination

claims under the ADAAA and the PHRA in her amended complaint, **(Doc. 14)**; and

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 13, 2019**

17-2417-01-ORDER.wpd